FILED
CLERK, U.S. DISTRICT COURT
JUN 18 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALFREDO MEDINA BUENO<br><br>　　　　　　　　Defendant. | CR 08-1135-CAS<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//

//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from criminal conduct._

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply with conditions. Also, he has no bail resources._

IT IS ORDERED that defendant be detained.

DATED: 6/18/15

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2